UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LESSIE M. CUMBIE,

    Plaintiff,

v.                                              Case No.  5:11-cv-602-Oc-RBD-TBS

DOLGENCORP, LLC, d/b/a DOLLAR
GENERAL STORES,

    Defendant.
_____/

ORDER

Pending before the Court are Plaintiff's Motion to Compel (Doc. 22) and Motion for Protective Order (Doc. 23).  The Court has considered the memoranda of the parties and heard argument of counsel. (Docs. 22, 23, 25, and 26).  For the reasons set forth at the oral argument held before the undersigned on April 26, 2012, it is hereby ORDERED that:

1. Plaintiff's motion to compel (Doc. 22) is GRANTED.  Upon due consideration, the Court finds that good cause does not exist to delay the production of the discoverable video evidence at issue in this case.  See Schulte v. NCL (Bahamas) Ltd., No. 10-23265-CIV-MOORE/SIMONTON, 2011 U.S. Dist. LEXIS 9520, at *12-13 (S.D. Fla. Jan. 25, 2011); see also Inferrera v. Wal-Mart Stores, Inc., No. 11-5675 (RMB/JS), 2011 U.S. Dist. LEXIS 146007, at *2-8 (D.N.J. Dec. 20, 2011).[1]  Defendant has not demonstrated a good reason to justify treating this video evidence

---

[1] At the hearing, Defendant conceded that the video was created during the normal course of business and was not subject to the work product protection.  Thus, the only issue before the court is whether the video should be produced in advance of Plaintiff's deposition.

      differently than other types of evidence discoverable under the federal rules.

2. Plaintiff's motion for protective order (Doc. 23) is DENIED.

3. The ore tenus motion to withdraw, made by defense counsel, Randy Fischer, is GRANTED.[2]

4. Defendant's ore tenus motion to enlarge the expert disclosure deadline by sixty (60) days is GRANTED.  Plaintiff shall have through July 17, 2012 to disclose her expert report(s) in this case.  Defendant shall have through August 17, 2012 to do the same.  The parties shall have through October 31, 2012 to complete all discovery.

5. Plaintiff's ore tenus motion to allow a videographer and court reporter to record the independent medical examination is GRANTED IN PART AND DENIED IN PART.

    a. The motion is GRANTED to the extent it seeks permission to allow the presence of a videographer.  If the examination room is not large enough to accommodate the videographer s/he shall be directed to wait outside.

    b. The motion is DENIED to the extent it seeks permission to allow the presence of a court reporter.

6. In this instance, the Court finds that an award of attorneys fees or costs to Plaintiff would be unjust. See FED. R. CIV. P. 37(a)(5)(A)(iii).

---

[2] And the Court wishes for him a wonderful retirement.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 30, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel